UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Case: 2:25-cv-13150
Assigned To : Berg, Terrence G.
Referral Judge: Patti, Anthony P.
Assign. Date : 10/7/2025
Description: CMP JONES v. CITY OF MADISON HEIGHTS, ET AL (MC)

Gregory Jones,
Plaintiff,
v.
City of Madison Heights, Madison Heights Police Department, Chief of Police Brent LeMerise, Lieutenant David Koehler , and Unknown Officers 1-5,
Defendants.

Civil Action No: _____
Honorable Judge: _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. §1983)
INTRODUCTION

1. This is a civil rights action seeking damages against the City of Madison Heights and its police officers for violations of Plaintiff's constitutional rights.

2. Madison Heights Police falsely claimed that Plaintiff threatened to shoot the Chief of Police, the Mayor, and City Council members, in order to obtain an Extreme Risk Protection Order ("Red Flag Order") against Plaintiff.

3. Plaintiff never made any such threat and has never been criminally charged with making such a threat.

4. Further, Defendants failed to provide Plaintiff with a copy of the Red Flag warrant or notice of the proceedings until two months after the order was issued and after the statutory appeal period had expired.

5. As a result, Plaintiff was deprived of fundamental due process rights guaranteed by the Fourteenth Amendment, as well as Plaintiff's Second Amendment rights to keep and bear arms.

JURISDICTION AND VENUE

6. This action arises under the Constitution and laws of the United States, including 42 U.S.C. §1983.

7. Jurisdiction is proper under 28 U.S.C. §§1331 and 1343.

8. Venue is proper in the Eastern District of Michigan under 28 U.S.C. §1391, as the events giving rise to these claims occurred in Madison Heights, Michigan.

PARTIES

9. Plaintiff, Gregory Jones, is a resident of Oakland County, Michigan.

10. Defendant City of Madison Heights is a municipal corporation in Michigan.

11. Defendant Madison Heights Police Department is a subdivision of the City and acted under color of law.

12. Defendant Chief of Police Brent LeMerise is sued in his individual and official capacity.

13. Defendant lieutenant David Koehler, and other Unknown Officers are sued in their individual and official capacities.

FACTUAL ALLEGATIONS

14. On or about June 6, 2024, Madison Heights Police swore out a petition for a Red Flag Order against Plaintiff, alleging that Plaintiff threatened to shoot the Chief of Police, the Mayor, and the City Council.

15. These statements were false, fabricated, and made with reckless disregard for the truth.

16. The Judge, relying on these false statements, issued a Red Flag Order seizing Plaintiff's firearms.

17. Defendants failed to serve Plaintiff with a copy of the order or provide notice of Plaintiff's rights to appeal.

18. Plaintiff did not receive a copy of the order until approximately two months later, when it was provided to Plaintiff's law firm. By that time, the statutory appeal window had closed.

19. As a direct result, Plaintiff was unlawfully stripped of constitutional rights without notice or a meaningful opportunity to be heard.

CLAIMS FOR RELIEF

COUNT I – Violation of the Second Amendment (42 U.S.C. §1983)
20. Plaintiff incorporates the above paragraphs.
21. Defendants' actions deprived Plaintiff of the right to keep and bear arms without lawful cause.

COUNT II – Violation of Due Process (Fourteenth Amendment, 42 U.S.C. §1983)
22. Defendants deprived Plaintiff of property (firearms) and liberty interests without providing notice or an opportunity to be heard.

COUNT III – Fabrication of Evidence (42 U.S.C. §1983)
23. Defendants knowingly made false statements to the court to justify the seizure of Plaintiff's firearms.

COUNT IV – Civil Conspiracy (42 U.S.C. §1983)
24. Defendants acted jointly and in concert to deprive Plaintiff of constitutional rights.

DAMAGES

25. Plaintiff has suffered emotional distress, loss of property, reputational damage, and constitutional injuries.

26. Plaintiff demands judgment in the amount of $500,000,000 (Five Hundred Million Dollars) in compensatory and punitive damages.

RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests this Court:

A. Award Plaintiff compensatory and punitive damages in the amount of $500,000,000;

B. Declare that Defendants' conduct violated Plaintiff's constitutional rights;

C. Order expungement of the Red Flag Order;

D. Award attorney's fees and costs under 42 U.S.C. §1988;

E. Grant any other relief the Court deems just and proper.

Respectfully submitted,

Gregory Jones
498 Bird Ave. Birmingham, MI 48009
313-575-8847 / gregoryjones70@gmail.com
Plaintiff, Pro Se
October 3, 2025

Gregory Jones
498 Bird Ave.
Birmingham, MI 48009
313-575-8847
gregoryjones70@gmail.com

Date: October 3, 2025

Clerk of the Court
United States District Court
Eastern District of Michigan

Re: Request to Proceed Without Prepayment of Fees

Case: Gregory Jones v. Madison Heights, et al.

Dear Clerk of the Court,

I am the Plaintiff in the above-referenced matter and am filing this case pro se. I am unable to pay the filing fee for this action due to financial hardship.

Enclosed please find:

My Complaint

Form AO 239 – Application to Proceed Without Prepayment of Fees

VA Benefits Letter

I respectfully request that the Court accept this filing without requiring prepayment of fees pursuant to 28 U.S.C. § 1915.

Thank you for your attention to this matter.

Sincerely,

Gregory Jones
Plaintiff, Pro Se

